ALANA W. ROBINSON
Acting United States Attorney
VALERIE E. TORRES
Assistant U.S. Attorney
California Bar No. 223011
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7644
Fax: (619) 546-7751
Email: valerie.torres@usdoj.gov

Attorneys for the DEPARTMENT OF THE NAVY;
CAMP PENDLETON FIRE DEPARTMENT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE NAVY;<br>CAMP PENDLETON FIRE<br>DEPARTMENT,<br><br>　　　　Defendants. | Case No.: 16-cv-2242-CAB (WVG)<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

**COME NOW THE PARTIES,** Plaintiff, Michael Parker, by and though his attorney, Annette Farnaes of Rosenberg, Shpall & Zeigen, and Defendants Department of the Navy and Camp Pendleton Fire Department, by and through their attorneys, Alana W. Robinson, Acting United States Attorney, and Valerie E. Torres, Assistant United States Attorney (collectively the "Parties") and hereby jointly move the Court to dismiss Plaintiff's Complaint in this action with prejudice.

Good cause exists for this motion as the parties have resolved all the claims and issues identified in Plaintiff's Complaint and agree that this action should be dismissed with prejudice. The parties have further agreed that each party shall bear its own attorneys' fees and costs of suit.

Based upon the foregoing, the parties respectfully request that the Court enter an order dismissing this action with prejudice.

Respectfully submitted,

DATED: September 1, 2017        ALANA W. ROBINSON
                                Acting United States Attorney

                                 s/ Valerie E. Torres
                                VALERIE E. TORRES
                                Assistant United States Attorney
                                Attorneys for the Department of
                                the Navy and Camp Pendleton Fire
                                Department

DATED: September 1, 2017        ROSENBERG, SHPALL & ZEIGEN

                                 s/ Annette Farnaes
                                ANNETTE FARNAES
                                Attorneys for Plaintiff

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Annette Farnaes, counsel for Plaintiff, and that I have obtained her authorization to affix her electronic signature to this document.

DATED:     September 1, 2017          s/ Valerie E. Torres
                                      Valerie E. Torres
                                      Assistant United States Attorney